

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2023

No. 04-22-00270-CV

John P. **BOERSCHIG**,
Appellant / Cross-Appellee

v.

**RIO GRANDE ELECTRIC COOPERATIVE, INC.**,
Appellee / Cross-Appellant

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4205
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellee's and cross-appellee's briefs are currently due February 6, 2023. On January 20, 2023, the parties filed a joint motion requesting an extension of time to file the briefs until March 8, 2023. We GRANT the motion and ORDER appellee and cross-appellee to file their briefs by March 8, 2023.

It is so **ORDERED** January 20, 2023.

**PER CURAIM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court